IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MARCO ANTONIO REYNA ARCHUNDIA, | § § § | |
| *Petitioner*, | § § § | No. 1:26-CV-01213-DAE |
| v. | § § | |
| VERGARA, *et al.*, | § § § | |
| *Respondents*. | § | |

<u>ORDER FOR SUPPLEMENTAL BRIEFING</u>

Before the Court is Marco Antono Reyna Archundia's ("Petitioner")

Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("the Petition") (Dkt. #

1), and Federal Respondents'[1] Response (Dkt. # 5).  The Court requires more

information before it can rule on the Petition.

**IT IS THEREFORE ORDERED** that, **<u>on or before 12:00 p.m. on</u>**

**<u>Wednesday, May 20, 2026</u>**, Petitioner shall file supplemental briefing with

answers to the following questions:

1. In their Response, Federal Respondents state that Petitioner was granted pre-conclusion voluntary departure on May 11, 2026. (Dkt. # 5 at 4.)  It appears that Petitioner's deadline to voluntarily

---

[1] Federal Respondents include Miguel Vergara, Field Office Director, San Antonio Field Office, Immigration and Customs Enforcement ("ICE"); Todd M. Lyons, Director of U.S. Immigration and Customs Enforcement; Markwayne Mullin, Secretary of the Department of Homeland Security ("DHS"); and Todd Blanche, United States Attorney General.

1

depart is May 25, 2026.  (Dkt. # 5-3 at 1.)  As noted by Federal Respondents, this Court entered a stay of removal on May 11, 2026.  (Dkt. # 3.)  Please provide the Court with Petitioner's position on whether the stay of removal needs to be dissolved so that Petitioner can effectuate his voluntary departure.

2.  Additionally, in light of the grant of voluntary departure, please brief the Court on the impact of such a grant on Petitioner's claims and/or Respondents' authority to detain Petitioner mandatorily.

3.  Finally, please describe further what connections has Petitioner established with the United States, if any.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, May 15, 2026.

_____
David Alan Ezra
Senior United States District Judge

2