IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MARCO ANTONIO REYNA §
ARCHUNDIA, §
                        Plaintiffs, §
                              §
                              §
v.                            §   No. 1:26-cv-1213-DAE
                              §
VERGARA, et al., §
                        Defendants. §
                              §

## ORDER DISMISSING CASE

Before the Court is Petitioner Marco Antonio Reyna Archundia's

Motion to Dismiss his Writ of Habeas Corpus, filed on May 20, 2026.  (Dkt. # 7.)

The filing informs the Court that because of his grant of voluntary departure, he

would like to forgo his Habeas Corpus writ.  (Id.)  Pursuant to the filing, the Court

hereby **GRANTS** Petitioner's Motion to Dismiss, (Dkt. # 7), and **ORDERS** that

the case be **DISMISSED WITHOUT PREJUDICE**.  The Clerk's Office is

thereafter **INSTRUCTED** to **CLOSE THE CASE**.  Accordingly, the Court's Stay

of Removal is **DISSOLVED** pursuant to its Order to Show Cause.  (Dkt. # 3.)

**IT IS SO ORDERED.**
**DATED**: Austin, Texas, May 21, 2026.

_____
David Alan Ezra
Senior United States District Judge